**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            Case No: 06-20180

LEROY PLUMMER,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION FOR CASE REASSIGNEMENT

    Defendant has filed a Motion to Reassign Case pursuant to E. D. Mich L. Cr. R. 57.10(b)(4)(A)(ii). Local Criminal Rule 57.10(b) provides as follows:

  (b) Reassignment of Criminal Cases.

    (1) Cases shall be reassigned only by order of the Court.

    (2) To promote docket efficiency, or to conform to the requirement of any case management plan adopted by the Court, or upon consent of the parties, or after notice and hearing, or in the interests of justice, the Chief Judge may order a criminal case to be reassigned, but only with the consent of the Judge to whom the case was originally assigned and with the consent of the Judge to whom it is to be reassigned.

    (3) Reassignment of cases because of a change in judicial personnel shall be in accordance with an administrative order authorized by the Court.

    (4) Companion Cases.

      (A) Companion cases are those cases in which it appears that:

        (i) substantially similar evidence will be offered at trial, or

        (ii) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

    First, among other things, case reassignment under this Rule requires "the consent of the Judge to whom the case was originally assigned and with the consent of